# Court of Appeals
# of the State of Georgia

ATLANTA, May 07, 2025

*The Court of Appeals hereby passes the following order:*

A25E0114. PATRICIAJOYCE DAMBACH-CIRKO v. GEORGIA SHERIFF'S ASSOCIATION et al.

Upon consideration of the "Motion for Clarification," filed under Court of Appeals Rule 40 (c), the same is hereby DENIED. See *Ga. Assoc. of Professional Process Servers v. Jackson*, 302 Ga. 309 (2017), overruled on other grounds by *Brock v. Hardman*, 303 Ga. 729, 730 (1) (2018).



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, 05/07/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.